OPINION — AG — ** DUAL OFFICE HOLDING — COUNTY ELECTION BOARD — COUNTY REGISTRAR ** THE MERE FACT THAT A PERSON IS THE COUNTY REGISTRAR OF A COUNTY WOULD 'NOT' PRECLUDE SUCH PERSON FROM BEING EMPLOYED AND PAID FOR CLERICAL SERVICES FOR THE COUNTY ELECTION BOARD UNDER THE PROVISIONS OF 26 O.S. 24 [26-24](A). (DUAL OFFICE, COMPENSATION, SALARY) CITE: 51 O.S. 6 [51-6], 26 O.S. 24 [26-24](A) (JAMES C. HARKIN)